## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESPINOZA ESCALONA, *et al.*,<br><br>*Plaintiffs–Petitioners*,<br><br>v.<br><br>NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants–Respondents*. | Case No: 1:25-cv-00604 |

### PLAINTIFFS-PETITIONERS' EMERGENCY MOTION FOR STAY OF TRANSFER TO GUANTÁNAMO

Plaintiffs-Petitioners ("Plaintiffs") are ten civil immigration detainees who are all at imminent risk of transfer from the United States to the U.S. military base at Guantánamo Bay, Cuba. They all have final orders of removal and may transferred at any time, placing them at immediate risk of harm, including the denial of access to the outside world and the likelihood of being subject to horrific, punitive conditions at Guantánamo. Several of them have already been nearly transferred or threatened with transfer to Guantánamo. The government has refused to provide notice of transfers to Guantánamo, so they can occur at any moment. Plaintiffs respectfully move, based on this Motion and the attached Memorandum of Law and supporting declarations, for an emergency stay of transfer to Guantánamo, pending briefing and decision on their request for further relief or permanent stays.

As set forth in the accompanying Memorandum of Law, Plaintiffs' transfers to, and detention at, Guantánamo are statutorily unauthorized and thus violate the Immigration and Nationality Act; are arbitrary and capricious in violation of the Administrative Procedure Act; and violate due process under the Fifth Amendment.

A proposed order is attached for the Court's convenience. Plaintiffs respectfully request that this Court grant this emergency application and issue an emergency stay.

Dated: March 1, 2025

Eunice H. Cho (D.C. Bar No. 1708073)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th floor
Washington, DC 20005
(202) 546-6616
echo@aclu.org

My Khanh Ngo*
Kyle Virgien*
Noelle Smith*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org
nsmith@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Deepa Alagesan (D.D.C. Bar No. NY0261)
Kimberly Grano (D.D.C. Bar No. NY0512)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.D.C. Bar No. NY0224)
Judy Rabinovitz*
Noor Zafar*
Omar C. Jadwat*
Wafa Junaid*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
ojadwat@aclu.org
wjunaid@aclu.org

Baher Azmy*
Shayana D. Kadidal (D.C. Bar No. 454248)
J. Wells Dixon*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, Floor 7
New York, NY 10012
T: (212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

Jessica Myers Vosburgh*
Center for Constitutional Rights
P.O. Box 486
Birmingham, AL 35201
212.614.6492
jvosburgh@ccrjustice.org

Telephone: (516) 838-7044
dalagesan@refugeerights.org
kgrano@refugeerights.org

*Attorneys for Plaintiffs-Petitioners*

*\*Pro bono representation certificates forthcoming*