IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESPINOZA ESCALONA, *et al.*,<br><br>*Plaintiffs-Petitioners*,<br><br>v.<br><br>NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants-Respondents*. | Case No: 1:25-cv-00604 |

## CERTIFICATE OF COUNSEL REQUIRED BY LOCAL RULE 65.1(a)

Pursuant to Local Rule 65.1(a), the undersigned counsel for Plaintiffs-Petitioners ("Plaintiffs") hereby certifies as follows:

On March 1, 2025, undersigned counsel sent, by email, to Erez R. Reuveni, Assistant Director, Office of Immigration Litigation, United States Department of Justice (erez.r.reuveni@usdoj.gov), Plaintiffs' Complaint and Emergency Motion for Stay of Transfer to Guantánamo. The undersigned Counsel also reached Mr. Reuveni by phone to request his position on the Motion prior to filing. Government counsel stated that he would not be able to provide the government's position at this time.

Dated: March 1, 2025

                                              Respectfully submitted,

                                              */s/ Lee Gelernt*
                                              Lee Gelernt (D.D.C. Bar No. NY0408)
                                              American Civil Liberties Union Foundation
                                              Immigrants' Rights Project
                                              125 Broad Street, 18th Floor
                                              New York, NY 10004

(212) 549-2660
lgelernt@aclu.org
*Attorney for Plaintiffs-Petitioners*

Case 1:25-cv-00604   Document 2-1   Filed 03/01/25   Page 2 of 2