IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESPINOZA ESCALONA, *et al.*,

*Plaintiffs–Petitioners*,

v.

NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,

*Defendants–Respondents*.

Case No: 1:25-cv-00604

**INDEX OF EXHIBITS**
PLAINTIFFS-PETITIONERS' MOTION FOR
EMERGENCY STAY OF TRANSFERS

1. Declaration of Maiker Alejandro Espinoza Escalona
2. Declaration of Jackson Manuel Villa Wilhelm
3. Declaration of Jorge Alberto Castillo Cerrano
4. Declaration of Janfrank Berrios Laguna
5. Declaration of Alejandro Jose Pulido Castellano
6. Declaration of Josue de Jesus Torcati Sebrian
7. Declaration of Walter Estiver Salazar
8. Declaration of Hijran Malik
9. Declaration of Ghulam Muhammad
10. Declaration of MD Rayhan
11. Declaration of Deborah Fleischaker
12. Declaration of Jennifer Babaie, Las Americas Immigrant Advocacy Center
13. Declaration of Luis Alberto Castillo Rivera

2

14. Declaration of Jonathan Alejandro Alviares Armas

15. Declaration of Jose Daniel Simancas Rodriguez

16. Declaration of Raul David Garcia

17. Declaration of Yoiker David Sequera

18. Declaration of Jeferson Escalona

19. Declaration of Tilso Ramon Gomez Lugo