IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESPINOZA ESCALONA, *et al.*,<br><br>*Plaintiffs–Petitioners*,<br><br>v.<br><br>NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants–Respondents*. | Case No: 1:25-cv-00604 |

## **[PROPOSED] STAY ORDER**

Upon consideration of the Plaintiffs-Petitioners' ("Plaintiffs") Emergency Motion to Stay Transfer of Plaintiffs to Guantánamo, and any opposition, reply, and further pleadings and argument thereto;

Having determined that Plaintiffs are likely to succeed on the merits of their claims under the Immigration and Nationality Act, the Administrative Procedure Act, and the Fifth Amendment, that Plaintiffs will suffer irreparable injury in the absence of a stay, and that the balance of hardships and public interest favor relief, it is therefore,

ORDERED that Plaintiffs' Emergency Motion to Stay Transfer to Guantánamo is hereby GRANTED; and that Defendants-Respondents, their agents, representatives, and all persons or entities acting in concert with them are hereby:

ORDERED, pending further order of this Court, to refrain from transferring Plaintiffs-Petitioners to Guantánamo.

Entered on _____, 2025 at \_\_\_\_A.M./P.M.

_____
United States District Court Judge