AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Maiker Alejandro Espinoza Escalona, et al., )
*Plaintiff* )
v. ) Case No. 1:25-cv-604
Kristi NOEM, et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 03/01/2025

*Attorney's signature*

Eunice Cho, D.C. Bar No. 1708073
*Printed name and bar number*
American Civil Liberties Union Foundation
915 15th St. NW, 7th Floor
Washington, DC 20005

*Address*

echo@aclu.org
*E-mail address*

(202) 546-6616
*Telephone number*

(202) 393-4931
*FAX number*