UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESPINOZA ESCALONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, <br> Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 25-0604 |

## JOINT STATUS REPORT

On March 1, 2025, the Court ordered counsel to confer and submit a Joint Status Report addressing the following issues: (1) a proposed briefing schedule for the motion seeking a temporary restraining order; (2) a statement addressing whether a hearing on the motion is necessary, and if so, a proposed date and time for such a hearing; and (3) a statement addressing whether the Parties anticipate factual disputes between affiants. The parties conferred by telephone and by email on March 3, and report as follows.

Proposed Briefing Schedule

The motion seeks a temporary restraining order preventing the 10 individual Plaintiffs from being transferred to the Naval Station Guantanamo Bay. Defendants do not have plans to transfer the Plaintiffs to NSGB and will not do so for a period of at least 14 days (through March 17, 2025). Based on this representation, the Parties propose the following schedule:

- Defendant's opposition brief will be filed on Monday, March 10, 2025 at 3:00 pm ET.

- Plaintiffs' reply will be filed on Friday, March 14, 2025 at 11:59 pm ET.

Statement on the Necessity of a Hearing

The parties propose that the Court set the hearing for Monday, March 17, 2025, at 1:00 p.m.

Statement on Factual Disputes

The parties are not prepared to identify factual disputes at this time. The parties will identify disputes in response and reply briefing.

Submitted MARCH 1, 2025

YAAKOV M. ROTH
*Acting Assistant Attorney General*

AUGUST FLENTJE
*Acting Director*

*/s/ Sarah Wilson*
SARAH WILSON
*Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4700
Email: sarah.s.wilson@usdoj.gov

*Counsel for Defendants*

Dated: March 1, 2025

Eunice H. Cho (D.C. Bar No. 1708073)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th floor
Washington, DC 20005
(202) 546-6616
echo@aclu.org

Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.D.C. Bar No. NY0224)
Judy Rabinovitz*
Noor Zafar*
Omar C. Jadwat*
Wafa Junaid*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Case 1:25-cv-00604-CJN     Document 8     Filed 03/03/25     Page 3 of 3

My Khanh Ngo*
Kyle Virgien*
Noelle Smith*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org
nsmith@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Deepa Alagesan (D.D.C. Bar No. NY0261)
Kimberly Grano (D.D.C. Bar No. NY0512)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (516) 838-7044
dalagesan@refugeerights.org
kgrano@refugeerights.org

125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
ojadwat@aclu.org
wjunaid@aclu.org

Baher Azmy*
Shayana D. Kadidal (D.C. Bar No. 454248)
J. Wells Dixon*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, Floor 7
New York, NY 10012
T: (212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

Jessica Myers Vosburgh*
Center for Constitutional Rights
P.O. Box 486
Birmingham, AL 35201
212.614.6492
jvosburgh@ccrjustice.org

*Attorneys for Plaintiffs-Petitioners*

*\*Pro bono representation certificates forthcoming*