AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| ESPINOZA ESCALONA, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00604-CJN |
| Noem et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Noem et al.

Date: 03/03/2025

/s/ Nancy K. Canter
*Attorney's signature*

Nancy K. Canter (CA Bar # 263198)
*Printed name and bar number*

Po BOX 878
Ben Franklin Station
Washington, DC 20044

*Address*

nancy.k.canter@usdoj.gov
*E-mail address*

(202) 305-7234
*Telephone number*

*FAX number*