UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAIKER ALEJANDRO ESPINOZA
ESCALONA, *et al.,*

               Plaintiffs,

    v.

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security, *et al.,*

            Defendants.

No. 1:25-cv-604 (CJN)

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

       The Clerk will please note the appearance of the undersigned as additional counsel for the Plaintiff.

March 4, 2025

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
  of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
Tel: (202) 601-4266
aspitzer@acludc.org