IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESPINOZA ESCALONA, *et al.*,

*Plaintiffs–Petitioners*,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,

*Defendants–Respondents*.

Case No: 1:25-cv-00604-CJN

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 83.2(h) AND 83.2(i)**

I, My Khanh Ngo, hereby certify under Local Civil Rules 83.2(h) and 83.2(i) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the California Bar. My California Bar number is 317817.

2. I am employed by the American Civil Liberties Union Foundation.

3. I am representing Plaintiffs Maiker Alejandro Espinoza Escalona, Jackson Manuel Villa Wilhelm, Jorge Alberto Castillo Cerrano, Janfrank Berrios Laguna, Alejandro Jose Pulido Castellano, Josue De Jesus Torcati Sebrian, Walter Estiver Salazar, Hijran Malik, Ghulam Muhammad, Md Rayhan, in this case without compensation from the Plaintiffs.

4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys Deepa Alagesan and Kimberly Robin Grano of the International Refugee Assistance Project, Eunice Hyunhye Cho and Lee Gelernt of the American Civil Liberties Union Foundation, and Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of

1

the District of Columbia, who are members of the Bar of the United States District Court for the District of Columbia.

5. Pursuant to Local Civil Rules 83.2(h) and 83.2(i), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: March 12, 2025                                      Respectfully submitted,

_____
My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0764
mngo@aclu.org

*Attorney for Petitioners-Plaintiffs*