**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

                    x
:
MAIKER ALEJANDRO ESPINOZA       :
ESCALONA, *et al.*,                  :
:
           *Plaintiffs–Petitioners*,   :
:
                        :   Case No. 25-cv-604 (CJN)
                  v.           :
:
KRISTI NOEM, Secretary of the U.S. Department :
of Homeland Security, in her official capacity, *et* :
*al.*,                            :
:
          *Defendants–Respondents*. :
:
---                    x

**NOTICE OF APPEARANCE AND CERTIFICATION**
**OF REPRESENTATION WITHOUT COMPENSATION**

       Please enter my appearance on behalf of all plaintiffs-petitioners in the above-captioned

case. I hereby certify, pursuant to Local Civil Rule 83.2(h), that I am representing the

plaintiffs-petitioners without compensation. I further certify that I am a member in good

standing of the Alabama State Bar; my Alabama State Bar registration number is 1710-A00Y;

and I am personally familiar with the Local Rules of this Court and, as appropriate, the other

materials set forth in LCvR 83.8(b) and LCvR 83.9(a).

Dated:     Birmingham, Alabama
            March 12, 2025

                          Respectfully submitted,

                          /s/ Jessica Myers Vosburgh
                          Jessica Myers Vosburgh (Pursuant to LCvR 83.2(h))
                          CENTER FOR CONSTITUTIONAL RIGHTS
                          P.O Box 486
                          Birmingham, AL 35201
                          Tel: (212) 614-6492
                          jvosburgh@ccrjustice.org

*Counsel for Plaintiffs*