UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAIKER ALEJANDRO ESPINOZA ESCALONA, *et al.*, <br><br> *Plaintiffs–Petitioners*, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants–Respondents*. | Case No. 25-cv-604 (CJN) |

### NOTICE OF APPEARANCE AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of all plaintiffs-petitioners in the above-captioned case. I hereby certify, pursuant to Local Civil Rule 83.2(h), that I am representing the plaintiffs-petitioners without compensation. I further certify that I am a member in good standing of the New York State Bar; my New York State Bar registration number is 2860740; and I am personally familiar with the Local Rules of this Court and, as appropriate, the other materials set forth in LCvR 83.8(b) and LCvR 83.9(a).

Dated:   New York, New York
         March 13, 2025

                              Respectfully submitted,

                              /s/ Baher Azmy
                              Baher Azmy (Pursuant to LCvR 83.2(h))
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel: (212) 614-6427
                              bazmy@ccrjustice.org

- 2 -

*Counsel for Plaintiffs*