IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAIKER ALEJANDRO ESPINOZA ESCALONA, *et al.*,<br><br>*Plaintiffs–Petitioners*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants–Respondents*. | Case No: 25-cv-00604 |

INDEX OF EXHIBITS

PLAINTIFFS-PETITIONERS' REPLY IN SUPPORT OF MOTION FOR EMERGENCY STAY OF TRANSFERS

1. Supplemental Declaration of Deborah Fleischaker

2. Declaration of Tarlis Marcone De Barros Goncalves

3. Declaration of Engel Jirox Montenegro Olivas

4. Declaration of Adonia Simpson

5. Supplemental Declaration of Jennifer Babaie, Las Americas Immigrant Advocacy Center