UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESPINOZA ESCALONA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, <br> Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 25-0604 |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Secretary Kristi Noem, the Department of Homeland Security, Madison Sheahan, U.S. Immigration and Customs Enforcement, Secretary Pete Hegseth, and the U.S. Department of Defense.

Submitted March 13, 2025

YAAKOV M. ROTH
*Acting Assistant Attorney General*

/s/ *Drew C. Enign*
DREW C. ENSIGN
*Deputy Assistant Attorney General*
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue
Washington, DC 20001
Tel: (202) 514-2331
Email: drew.c.ensign@usdoj.gov

*Counsel for Defendants*