### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAIKER ALEJANDRO ESPINOZA ESCALONA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, <br> Secretary of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-00604 |

### **NOTICE OF APPEARANCE**

Defendants, through the undersigned counsel, respectfully ask the Clerk of the Court to enter the appearance of Trial Attorney Jason Kyle Zubata as counsel of record for Defendants in the above-captioned case.

Dated: March 19, 2025

Respectfully submitted,

/s/ *Jason Kyle Zubata*
JASON KYLE ZUBATA
MD Bar # 2211290295
Trial Attorney
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, District of Columbia 20044
Tel.: (202) 532-4143; Fax: (202) 305-7000
Email: jason.k.zubata@usdoj.gov
*Attorney for Defendants*