UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESPINOZA ESCALONA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KRISTI NOEM,<br>　Secretary of Homeland Security, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0604 |

## NOTICE OF PLAINTIFF TRANSFER

　　Defendants provide notice that on March 29, 2025, one or more Plaintiffs were transferred to the Naval Station Guantanamo Bay (NSGB), and departed NSGB the following day, on March 30, 3025. Undersigned counsel has provided the identity of the Plaintiff(s) to Plaintiffs' counsel.

　　　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　　　*Acting Assistant Attorney General*

　　　　　　　　　　　　　　　　　　DREW C. ENSIGN
　　　　　　　　　　　　　　　　　　*Deputy Assistant Attorney General*

　　　　　　　　　　　　　　　　　　AUGUST FLENTJE
　　　　　　　　　　　　　　　　　　*Acting Director*

　　　　　　　　　　　　　　　　　　*/s/ Sarah Wilson*
　　　　　　　　　　　　　　　　　　SARAH WILSON
　　　　　　　　　　　　　　　　　　*Assistant Director*
　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　P.O. Box 878, Ben Franklin Station
　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　Tel: (202) 598-9510
　　　　　　　　　　　　　　　　　　Email: sarah.s.wilson@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*