## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESPINOZA ESCALONA, *et al.*, | Civil Action No. 25-0604 |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, *et al.*, | |
| Defendants. | |

### WITHDRAWAL OF COUNSEL

Please take notice that Nancy K. Canter withdraws her appearance as counsel for Defendants in the above-captioned case. As of April 18, 2025, Nancy K. Canter will no longer be with the U.S. Department of Justice, Office of Immigration Litigation. Attorneys from the Office of Immigration Litigation will continue to serve as counsel for Defendants in this matter. A copy of this motion will be served on counsel for all parties by ECF.

Dated: April 14, 2025

Respectfully submitted,

/s/ Nancy K. Canter
NANCY K. CANTER
(CA Bar No. 263198)
Senior Litigation Counsel
Phone: 202-305-7234
Email: nancy.k.canter@usdoj.gov