AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00604-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kristi Noem, Secretary of the US Dept of Homeland Security
was received by me on *(date)* 03/01/2025 .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 3/25/2025 to Kristi Noem, Secretary of the U.S. Department of Homeland Security 245 Murray Lane SW, Washington, DC 20528. The documents were delivered on 3/31/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/30/2025

*Server's signature*

Talia Roma, Paralegal
*Printed name and title*

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701441731789

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:37 am on March 31, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
March 31, 2025, 7:37 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                              ˅

USPS Tracking Plus®                                                               ˅

Product Information                                                               ˅

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00604-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Dept of Homeland Security
was received by me on *(date)* 03/01/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 3/25/2025 to the U.S. Department of Homeland Security 245 Murray Lane SW, Washington, DC 20528. The documents were delivered on 3/31/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/30/2025

*Server's signature*

Talia Roma, Paralegal
*Printed name and title*

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701441731772

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:37 am on March 31, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20528
March 31, 2025, 7:37 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

Civil Action No. 1:25-cv-00604-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Madison Sheahan, Acting Director of ICE
was received by me on *(date)* 03/01/2025 .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 3/25/2025 to Madison Sheahan, the Acting Director of U.S. Immigration and Customs Enforcement, 500 12th St., SW, Washington, DC 20536. The documents were delivered on 3/31/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/30/2025

_____
Server's signature

Talia Roma, Paralegal
*Printed name and title*

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701441731796

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 7:34 am on March 31, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20536
March 31, 2025, 7:34 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ˅

USPS Tracking Plus® ˅

Product Information ˅

See Less ˄

Track Another Package

Enter tracking or barcode numbers

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00604-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement
was received by me on *(date)* 03/01/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 3/25/2025 to U.S. Immigration and Customs Enforcement, 500 12th St., SW, Washington, DC 20536. The documents were delivered on 3/31/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/30/2025

*Server's signature*

Talia Roma, Paralegal
*Printed name and title*

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701441731802

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:34 am on March 31, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Feedback**

**Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20536
March 31, 2025, 7:34 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[Enter tracking or barcode numbers]

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00604-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pete Hegseth, Secretary of the U.S. Department of Defense
was received by me on *(date)* 03/01/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 3/25/2025 to Pete Hegseth, Secretary of the Department of Defense, 1000 Defense Pentagon, Washington, DC 20301. The documents were delivered on 3/31/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/30/2025

*Server's signature*

Talia Roma, Paralegal
*Printed name and title*

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701441731819

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 7:34 am on March 31, 2025 in WASHINGTON, DC 20310.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
March 31, 2025, 7:34 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00604-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Defense
was received by me on *(date)* 03/01/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 3/25/2025 to the U.S. Department of Defense, 1000 Defense Pentagon, Washington, DC 20301. The documents were delivered on 3/31/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/30/2025

_____
Server's signature

Talia Roma, Paralegal
*Printed name and title*

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701441731826

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 7:34 am on March 31, 2025 in WASHINGTON, DC 20310.

**Get More Out of USPS Tracking:**
  **USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
March 31, 2025, 7:34 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                     ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]