AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00604-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela Bondi, Attorney General of the United States
was received by me on *(date)* 03/01/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 3/25/2025 to Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW Washington, DC 20530. The documents were delivered on 3/31/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/30/2025

*Server's signature*

Talia Roma, Paralegal
*Printed name and title*

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701441731833

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:02 am on March 31, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 31, 2025, 5:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20536

Certified Mail Fee: $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $____
☐ Return Receipt (electronic)       $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $____

Postage: $10.85

Total Postage and Fees: $15.70

Sent To: U.S. Immigration & Customs Enforcement
Street and Apt. No., or PO Box No.: 500 12th St SW
City, State, ZIP+4®: Washington DC 20536

Postmark: SUTTER STATION 94 — SAN FRANCISCO CA — MAR 25 2025 — 03/25/2025

Tracking: 9589 0710 5270 1441 7318 02

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions