# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAIKER ALEJANDRO ESPINOZA ESCALONA, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM<br>Secretary of Homeland Security, et al.,<br><br>　　Defendants. | Civil Action No. 1:25-cv-00604 |

## DECLARATION OF PATRICK MORIN

I, Patrick Morin, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am employed by U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), as an Assistant Field Office Director (AFOD). I have held this position since July 14, 2024. As the AFOD in the ERO Miami Field Office, my responsibilities include managing ERO personnel and providing oversight of ICE detention operations housing ICE detainees at the U.S. Naval Station Guantanamo Bay (NSGB) in Guantanamo Bay, Cuba.

2. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business.

3. I am aware that this litigation, *Espinoza Escalona v. Noem*, 1:25-cv-00604 (D.D.C. filed Mar. 1, 2025), has been filed in the U.S. District Court for the District of Columbia.

4. I am familiar with the current custody status of each Plaintiff.

5. As of May 16, 2025, two of the ten Plaintiffs – Hijran Malik and Josue De Jesus Torcati Sebrian – remain in ICE custody in Arizona and Texas, respectively.

6. One Plaintiff – Janfrank Berrios Laguna – was released on an Order of Supervision on April 16, 2025.

7. Only one Plaintiff – Maiker Alejandro Espinoza Escalona – was transferred to NSGB prior to his removal, as previously notified to the Court.

8. The remaining Plaintiffs have been removed to their respective countries of origin and are no longer in ICE custody.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 19th day of May 2025.

PATRICK A MORIN JR
Digitally signed by PATRICK A MORIN JR
Date: 2025.05.19 11:31:07 -04'00'

_____
Patrick Morin
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security