UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAIKER ALEJANDRO ESPINOZA ESCALONA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-00604-CJN |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss, and the entire record herein, it is hereby ORDERED that Defendants' motion is GRANTED and it is further ORDERED that this action is DISMISSED.

SO ORDERED:

_____            _____
Date                                                    CARL J. NICHOLS
                                                                United States District Judge