IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAIKER ALEJANDRO ESPINOZA ESCALONA, *et al.*,

*Plaintiffs–Petitioners*,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,

*Defendants–Respondents*.

Case No. 25-cv-604-CJN

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Maiker Alejandro Espinoza Escalona, Jackson Manuel Villa Wilhelm, Jorge Alberto Castillo Cerrano, Janfrank Berrios Laguna, Alejandro Jose Pulido Castellano, Josue de Jesus Torcati Sebrian, Walter Estiver Salazar, Hijran Malik, Ghulam Muhammad, and MD Rayhan (collectively "Plaintiffs"), submit this notice of voluntary dismissal of all claims, without prejudice, in the above captioned case.

Since the filing of this case on March 1, 2025, Defendants have removed Plaintiffs Espinoza Escalona, Villa Wilhelm, Castillo Cerrano, Pulido Castellano, Estiver Salazar, Muhammad, and Rayhan from the United States, rendering their claims moot. Plaintiffs Berrios Laguna, Torcati Sebrian and Malik no longer wish to continue litigating this case.

Defendants have not filed an answer or a motion for summary judgment. Therefore, Plaintiffs hereby voluntarily dismiss this action, without prejudice.

| | |
|---|---|
| Dated: May 22, 2025 | Respectfully submitted, |
| | /s/ *Lee Gelernt* |
| Eunice H. Cho (D.C. Bar No. 1708073) | Lee Gelernt (D.D.C. Bar No. NY0408) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Brett Max Kaufman (D.D.C. Bar No. NY0224) |
| 915 15th Street, NW, 7th floor | Judy Rabinovitz |
| Washington, DC 20005 | Noor Zafar |
| (202) 546-6616 | Omar C. Jadwat |
| echo@aclu.org | Wafa Junaid |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| My Khanh Ngo | 125 Broad Street, 18th Floor |
| Kyle Virgien | New York, NY 10004 |
| Noelle Smith | (212) 549-2660 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | lgelernt@aclu.org |
| 425 California Street, Suite 700 | bkaufman@aclu.org |
| San Francisco, CA 94104 | jrabinovitz@aclu.org |
| (415) 343-0770 | nzafar@aclu.org |
| mngo@aclu.org | ojadwat@aclu.org |
| kvirgien@aclu.org | wjunaid@aclu.org |
| nsmith@aclu.org | |
| | Baher Azmy |
| Arthur B. Spitzer (D.C. Bar No. 235960) | Shayana D. Kadidal (D.C. Bar No. 454248) |
| Scott Michelman (D.C. Bar No. 1006945) | J. Wells Dixon* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA | CENTER FOR CONSTITUTIONAL RIGHTS |
| 529 14th Street, NW, Suite 722 | 666 Broadway, Floor 7 |
| Washington, D.C. 20045 | New York, NY 10012 |
| (202) 457-0800 | T: (212) 614-6427 |
| aspitzer@acludc.org | bazmy@ccrjustice.org |
| smichelman@acludc.org | shanek@ccrjustice.org |
| | wdixon@ccrjustice.org |
| Deepa Alagesan (D.D.C. Bar No. NY0261) | Jessica Myers Vosburgh |
| Kimberly Grano (D.D.C. Bar No. NY0512) | Center for Constitutional Rights |
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT | P.O. Box 486 |
| One Battery Park Plaza, 33rd Floor | Birmingham, AL 35201 |
| New York, New York 10004 | 212.614.6492 |
| Telephone: (516) 838-7044 | jvosburgh@ccrjustice.org |
| dalagesan@refugeerights.org | |
| kgrano@refugeerights.org | *Attorneys for Plaintiffs-Petitioners* |
| | |
| | *\*Pro bono representation certificate forthcoming* |